No. 1213. AMMOND *v.* PENNSYLVANIA RAILROAD Co. ET AL. May 25, 1942. Petition for writ of certiorari to

692

the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. E. L. Mills* for petitioner. *Messrs. Clan Crawford* and *Russell J. Burt* for respondents.